1 Jeffrey J. Lowe
  **The Lowe Law Firm**
2 8235 Forsyth Blvd, Suite 1100
  St. Louis, Missouri 63105
3 Telephone: 314.678.3400
  Facsimile: 314.678.3401
4 Attorneys for Plaintiffs

5

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

| 12  IN RE: BEXTRA AND CELEBREX      | Case No. : 06-0089 CRB           |
|     MARKETING SALES PRACTICES AND   |                                  |
| 13  PRODUCT LIABILITY LITIGATION    | MDL NO. 1699                     |
|                                     | District Judge: Charles R. Breyer|
| 14                                  |                                  |
|     Cheryl Rice, et al.,            |                                  |
| 15                                  |                                  |
|                          Plaintiffs |                                  |
| 16                                  | **STIPULATION AND ORDER OF**     |
|     vs.                             | **DISMISSAL WITH PREJUDICE**     |
| 17                                  |                                  |
| 18  Pfizer Inc, et al.,             |                                  |
| 19                       Defendants.|                                  |

20

21 Come now the Plaintiff Cheryl Rice in the above-entitled action and Defendants, by and

22 through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

23 hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein

24 only with each side bearing its own attorneys' fees and costs.

25

26

27

28

-1-

DATED: 1/15, 2010    By: [signature] Jeffrey J. Lowe

The Lowe Law Firm
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105
Telephone: 314.678.3400
Facsimile: 314.678.3401
Attorneys for Plaintiffs

*Attorneys for Plaintiffs*

DATED: 1/27, 2010    By: [signature]

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

[signature]
Hon. Charles R. Breyer
United States District Court

-2-