1 Jeffrey J. Lowe
  **The Lowe Law Firm**
2 8235 Forsyth Blvd, Suite 1100
  St. Louis, Missouri 63105
3 Telephone: 314.678.3400
  Facsimile: 314.678.3401
4 Attorneys for Plaintiffs

5

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-0089 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Cheryl Rice, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

21  Come now the Plaintiff Cheryl Rice in the above-entitled action and Defendants, by and
22 through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and
23 hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein
24 only with each side bearing its own attorneys' fees and costs.

25

26

27

28

-1-

| | | |
|---|---|---|
| 1 | DATED: 1/15, 2010 | By: *[signature]* Jeffrey J. Lowe |
| 2 | | |
| 3 | | **The Lowe Law Firm**<br>8235 Forsyth Blvd, Suite 1100<br>St. Louis, Missouri 63105 |
| 4 | | Telephone: 314.678.3400<br>Facsimile: 314.678.3401 |
| 5 | | Attorneys for Plaintiffs |

*Attorneys for Plaintiffs*

DATED: 1/27, 2010    By: *[signature]*

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

*[signature]*
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE