1  Jeffrey J. Lowe
   **The Lowe Law Firm**
2  8235 Forsyth Blvd, Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314-678-3400
   Facsimile: 314-678-3401
4  Attorneys for Plaintiffs

**FILED**

SEP 2 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-0089 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Cheryl Rice, et al.,<br><br>                          Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                          Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Clara Witt, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

herein only with each side bearing its own attorneys' fees and costs.

DATED: 9/14, 2010   By: _____

**THE LOWE LAW FIRM**
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105
Telephone: 314-678-3400
Facsimile: 314-678-3401

*Attorneys for Plaintiffs*

DATED: Sept. 23, 2010   By: ____/S/_____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9-28-2010

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**